UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LISA GOLDEN,<br><br>                    Debtor. | Case Nos.: 19-CV-488 TWR (NLS), 19-CV-836 TWR (NLS), 19-CV-2065 TWR (NLS), 19-CV-2178 TWR (NLS), 19-CV-2320 TWR (NLS), 19-CV-2462 TWR (NLS), 19-CV-2463 TWR (NLS), 20-CV-47 TWR (NLS), 20-CV-50 TWR (NLS), 20-CV-52 TWR (NLS), 20-CV-55 TWR (NLS), 20-CV-57 TWR (NLS), 20-CV-59 TWR (NLS), 20-CV-61 TWR (NLS), 20-CV-205 TWR (NLS), 20-CV-206 TWR (NLS), 20-CV-207 TWR (NLS), 20-CV-725 TWR (NLS), 20-CV-857 TWR (NLS), 20-CV-950 TWR (NLS), 20-CV-951 TWR (NLS), 20-CV-952 TWR (NLS), 20-CV-999 TWR (NLS), 20-CV-1001 TWR (NLS), 20-CV-1002 TWR (NLS), 20-CV-1004 TWR (NLS), 20-CV-1005 TWR (NLS), 20-CV-1044 TWR (NLS), 20-CV-1087 TWR (NLS), 20-CV-1255 TWR (NLS), 20-CV-1826 TWR (NLS)<br><br>Bankruptcy No.: 17-6928 MM7<br><br>**ORDER (1) SPREADING MANDATE, AND (2) DISMISSING** |

**ACTIONS FOR FAILURE TO PAY FILING FEE AND COMPLY WITH THE COURT'S ORDER**

Presently before the Court are the Mandates of the Court of Appeals for the Ninth Circuit for the above-captioned bankruptcy appeals.[1] (*See, e.g.*, Case No. 19-CV-488 TWR (NLS) ECF No. 30.) Pursuant to the Ninth Circuit's Order, (*see, e.g.*, *id.* at 2), the Court **SPREADS** the Mandates and resumes jurisdiction over the above-captioned bankruptcy appeals.

Also before the Court are the Orders issued by the Honorable Dana M. Sabraw on September 30, 2020, (*see, e.g.*, Case No. 19-CV-488 TWR (NLS) ECF No. 19), and by this Court on December 2, 2020, (*see, e.g.*, Case No. 19-CV-488 TWR (NLS) ECF No. 21), requiring Ms. Golden to pay the filing fee in each of the above-captioned bankruptcy appeals. The dockets of each of the above-captioned bankruptcy appeals reflect that Ms. Golden has not paid the filing fee, has not subsequently filed a renewed motion to proceed *in forma pauperis*, and has not otherwise declared under penalty of perjury that her financial circumstances have changed such that a fee waiver is now appropriate. (*See generally* Dockets.) Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** the above-captioned bankruptcy appeals for failure to pay the requisite filing fee and for failure to comply with the Court's December 2, 2020 Order. *See* S.D. Cal. Civ. L.R. 83.1(a); *see also* Fed. R. Bankr. P. 8003(a)(3)(C) ("The notice of appeal must . . . be accompanied by

---

[1] All references in this Order to the "above-captioned bankruptcy appeals" refer to these cases: Case No. 19-CV-488 TWR (NLS), Case No. 19-CV-836 TWR (NLS), Case No. 19-CV-2065 TWR (NLS), Case No. 19-CV-2178 TWR (NLS), Case No. 19-CV-2320 TWR (NLS), Case No. 19-CV-2462 TWR (NLS), Case No. 19-CV-2463 TWR (NLS), Case No. 20-CV-47 TWR (NLS), Case No. 20-CV-50 TWR (NLS), Case No. 20-CV-52 TWR (NLS), Case No. 20-CV-55 TWR (NLS), Case No. 20-CV-57 TWR (NLS), Case No. 20-CV-59 TWR (NLS), Case No. 20-CV-61 TWR (NLS), Case No. 20-CV-205 TWR (NLS), Case No. 20-CV-206 TWR (NLS), Case No. 20-CV-207 TWR (NLS), Case No. 20-CV-725 TWR (NLS), Case No. 20-CV-857 TWR (NLS), Case No. 20-CV-950 TWR (NLS), Case No. 20-CV-951 TWR (NLS), Case No. 20-CV-952 TWR (NLS), Case No. 20-CV-999 TWR (NLS), Case No. 20-CV-1001 TWR (NLS), Case No. 20-CV-1002 TWR (NLS), Case No. 20-CV-1004 TWR (NLS), Case No. 20-CV-1005 TWR (NLS), Case No. 20-CV-1044 TWR (NLS), Case No. 20-CV-1087 TWR (NLS), Case No. 20-CV-1255 TWR (NLS), and Case No. 20-CV-1826 TWR (NLS).

the prescribed filing fee."); 28 U.S.C. § 1930(c) ($5 appeal fee); Bankruptcy Court Miscellaneous Fee Schedule item 14 ($293 for appeal).  The Clerk of the Court **SHALL CLOSE** the files for each of the above-captioned bankruptcy appeals.

    **IT IS SO ORDERED.**

Dated:  September 30, 2021

*/s/ Todd Robinson*
Honorable Todd W. Robinson
United States District Court